```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON,            )
          Plaintiff,          )
                              )
v.                            )       Civil Action No.
                              )       10-10446-MLW
ELIZABETH WEATHERFORD,        )
ET AL.,                       )
          Defendants.         )
```

                          MEMORANDUM AND ORDER

WOLF, D.J.                                           March 24, 2010

On March 14, 2010, Judge Woodlock granted permission for enjoined litigant Heidi K. Erickson ("Erickson") to file the instant action, and directed that the Clerk's Office open the matter as a new civil action and randomly reassign the case. <u>See In re: Heidi K. Erickson</u>, 10-mc-10071-DPW (Memorandum and Order (Docket No. 4)). Judge Woodlock also granted Erickson's Motion for Leave to Proceed *in forma pauperis* with respect to the $350.00 civil action filing fee, and noted that, as a preliminary matter, he found Erickson to have stated a plausible claim with respect to her housing allegations. Judge Woodlock denied Erickson's Motion for a Temporary Restraining Order, or in the alternative, a Request for a Short Order of Notice, indicating that she could renew her request to the judicial officer to whom this case was assigned.

Upon further review of the record pursuant to 28 U.S.C. § 1915(e), this court will permit Erickson's case to proceed at this time. Accordingly, it is hereby Ordered that:

   1.  The Clerk shall issue summonses as to defendants
       Elizabeth Weatherford and Murray Reich; and

2.  The Clerk shall send the summonses, Complaint, and this Order to Erickson, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m).  Erickson may elect to have service made by the United States Marshal.  If directed by Erickson to do so, the United States Marshal shall serve the summonses, Complaint, and this Order upon each defendant in the manner directed by her, with all costs of service to be advanced by the United States.  Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, Erickson shall have 120 days from the date of this Order to complete service.

SO ORDERED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE